THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RASHEL WHITE,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>and<br><br>DOUG RAGUSO, in his capacity as a police officer for the City of Seattle, and as an individual,<br><br>and<br><br>SCOTT LUCKIE, in his capacity as a police officer for the City of Seattle, and as an individual.<br><br>*Defendants* | CAUSE NO. 11-01123 JCC<br><br>NOTICE OF UNAVAILABILITY |

Please take note that counsel for Rashel White, HOWARD L. PHILLIPS is out of the office and unavailable from Monday, February 13, 2012, to Thursday, March 8, 2012.  Please do not set hearings or other matters during this period.

NOTICE OF UNAVAILIBILITY-1

WHITE v. CITY OF SEATTLE et. al. ▪ CAUSE NO. 11-01123 JCC

**PHILLIPS LAW LLC**
3815 S. Othello St. #100-353
Seattle WA. 98118
(206) 725-0912

|   |   |
|---|---|
| 1 | DATED this 20th day of December, 2011. |
| 2 | Respectfully submitted, |
| 3 | *s/ Howard L. Phillips* |
| 4 | HOWARD L. PHILLIPS, WSBA No. 17937 |
|   | Phillips Law LLC |
| 5 | 3815 S. Othello St. #100-353 |
|   | Seattle WA. 98118 |
| 6 | Telephone: (206) 725-0912 |
|   | Fax: (206) 397-3253 |
| 7 | Email: iidefend@aol.com |

NOTICE OF UNAVAILIBILITY-2

WHITE v. CITY OF SEATTLE et. al. ▪ CAUSE NO. 11-01123 JCC

**PHILLIPS LAW LLC**
3815 S. Othello St. #100-353
Seattle WA. 98118
(206) 725-0912

CERTIFICATION OF SERVICE

I certify that on December 20, 2011, I filed the foregoing Notice of Unavailability with the Clerk and Prosecuting Attorney.

*s/ Howard L. Phillips*
HOWARD L. PHILLIPS, WSBA No. 17937
Phillips Law LLC
1111 Third Avenue
Seattle WA. 98101
Telephone: (206) 725-0912
Fax: (206) 682-3746
Email: iidefend@aol.com

NOTICE OF UNAVAILIBILITY-3

WHITE v. CITY OF SEATTLE et. al. ▪ CAUSE NO. 11-01123 JCC

**PHILLIPS LAW LLC**
3815 S. Othello St. #100-353
Seattle WA. 98118
(206) 725-0912