THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RASHEL WHITE,<br><br>   Plaintiff,<br><br> vs.<br><br>CITY OF SEATTLE, and DOUG RAGUSO, in his capacity as a police officer for the City of Seattle, and as an individual, and SCOTT LUCKIE, in his capacity as a police officer for the City of Seattle, and as an individual.<br><br>   Defendants. | No.   11-001123-JCC<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

The parties hereby stipulate, as evidenced by the signatures below of their respective attorneys of record, that this action has been settled and should be dismissed with prejudice and without costs taxed to any party.

/

/

/

STIPULATION AND ORDER OF DISMISSAL (11-001123-JCC) - 1

**PETER S. HOLMES**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

DATED this 1st day of February, 2013.

| PETER S. HOLMES<br>Seattle City Attorney<br><br>_____s/*Brian G. Maxey*_____<br>By:<br>Brian G. Maxey, WSBA #33279<br>Dominique' L. Jinhong, WSBA #28293<br>Seattle City Attorney<br>600 4th Avenue, 4th floor<br>P.O. Box 94769<br>Seattle, WA 98124-4769<br>Phone – Brian Maxey: 206-733-9001<br>Phone – Dominique' Jinhong: 206-684-8251<br>FAX:  206-684-8284<br>Email: brian.maxey@seattle.gov<br>          dominique.jinhong@seattle.gov<br>Attorneys for Defendants | Attorney for Plaintiff:<br><br>____s/*Howard L. Phillips*___<br>Howard L. Phillips, WSBA #17937<br>Phillips Law LLC<br>3815 S. Othello St. 100-353<br>Seattle, WA 98118<br>(206) 725-0912 - phone<br>(206) 397-3253 – fax<br>E-Mail: IIdefend@aol.com |

**ORDER**

IT IS SO ORDERED this _____ day of February, 2013.

_____
JOHN C. COUGHENOUR, JUDGE

STIPULATION AND ORDER OF DISMISSAL (11-001123-JCC) - 2

**PETER S. HOLMES**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200