THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RASHEL WHITE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SEATTLE, and DOUG RAGUSO, in his capacity as a police officer for the City of Seattle, and as an individual, and SCOTT LUCKIE, in his capacity as a police officer for the City of Seattle, and as an individual,<br><br>　　　　　Defendants. | CASE NO. C11-1123-JCC<br><br>ORDER DISMISSING CASE |

　　　　Pursuant to the parties' stipulation and proposed order of dismissal (Dkt. No. 21) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED with prejudice and without an award of costs or attorneys' fees to any party, and the trial of this matter set for March 11, 2013 is VACATED. The Clerk is respectfully directed to CLOSE this case.

//

//

//

//

//

1    DATED this 8th day of February 2013.

[signature]

John C. Coughenour
UNITED STATES DISTRICT JUDGE